

April 25, 2022

**Via ECF**

Hon. Magistrate Judge James R. Cho
U.S. District Court for the Eastern District of Texas
225 Cadman Plz E.
Brooklyn, NY 11201

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States of America

**Michael Solomita**
**Partner**
Direct line +1 212 408 5420
michael.solomita@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re:   *Rothschild Patent Imaging LLC v. MiMedia, Inc.*, Case No. 1:22-cv-1804, in the United States District Court for the Eastern District of New York

Dear Judge Cho:

We represent Defendant MiMedia, Inc. in the above referenced action.  We write pursuant to Local Rule 7.1(d) and the Court's Individual Practice Rule C to respectfully request a 30-day extension of the time for Defendant to respond to the Complaint in this action to Monday, May 25, 2022.

Based on Fed. R. Civ. P. 12(a)(4)(A), the current deadline for Defendant to respond to the Complaint is April 27, 2022.  There have been no previous requests for an extension of this deadline.

Counsel for Defendant conferred via email with counsel for Plaintiff Rothschild Patent Imaging LLC, who indicated that Plaintiff consents to this request.  The requested 30-day extension will not affect any other scheduled Court appearance or deadline in this action.

Very truly yours,

/Michael Solomita/

Michael Solomita

MVS/bsp

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

110598755.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.